UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Michael Klonowski**

PLAINTIFF(S)     CASE NO. **2:05cv1905 FJM**

v.

**Arizona Diamondbacks et al**

NOTICE OF CORRECTION IN
ELECTRONICALLY FILED DOCUMENTS

DEFENDANT(S)

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Appeal Transcript Request doc #* **14**.

☒ Incorrect document type selected.

**ACTION TAKEN BY THE COURT**

☒ Error noticed by kcs.
☒ Redocketed with correct event Transcript Order Form.

Dockets.Justia.com